Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **17−47586−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Harold C. Lee Jr.
   55 Cora
   River Rouge, MI 48218

Social Security No.:
   xxx−xx−6478

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal of Case for Failure to Make Plan Payments** was entered on **7/10/17**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 7/10/17

                        BY THE COURT

                        Katherine B. Gullo , Clerk of Court
                        UNITED STATES BANKRUPTCY COURT